UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-M-1157

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
ANTHONY THEODORE FERRARA )

Leave of court is granted for the filing of the foregoing dismissal.

January 27, 2017
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE